1  Michael B. Adreani (SBN 194991) mba@rpnalaw.com
   Burton E. Falk (SBN 100644) bef@rpnalaw.com
2  ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
   5820 Canoga Avenue, Suite 250
3  Woodland Hills, California 91367
   Telephone:  (818) 992-9999
4  Facsimile:   (818) 992-9991

5  Attorneys for Defendant National Stores,
   Inc., individually and dba "Fallas"
6

7  Stephen M. Doniger (SBN 179314)
   stephen@donigerlawfirm.com
8  Scott A. Burroughs (SBN 235718)
   scott@donigerlawfirm.com
9  Howard S. Han (SBN 243406)
   hhan@donigerlawfirm.com
10 DONIGER/BURROUGHS, APC
   603 Rose Avenue
11 Venice CA 90291
   Telephone: (310) 590-1820
12

13 Attorneys for Plaintiff
   Star Fabrics, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL STORES, INC., Individually and doing business as "Fallas," California corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | **CASE NO. 14-CV-09181 SJO (JC)**<br><br>**DISCOVERY MATTER:<br>ORDER ON PARTIES' STIPULATION FOR PROTECTIVE ORDER**<br><br>**[MODIFICATION MADE BY COURT]** |

1

ORDER ON PARTIES' STIPULATION FOR PROTECTIVE ORDER

**IT IS HEREBY ORDERED THAT:**

Good cause exists for the Stipulation For Protective Order, dated February 27, 2015, which was jointly submitted by counsel for Plaintiff Star Fabrics, Inc., and counsel for Defendants National Stores, Inc., individually and doing business as "Fallas," concerning confidential, proprietary, or private information business information (including without limitation, sales and profit margin figures), and said Stipulation For Protective Order is hereby ordered **except that, to the extent such Stipulation may be inconsistent with Paragraph 28 of the District Judge's Initial Standing Order for Cases Assigned to Judge S. James Otero ("Standing Order") (Docket No. 9), the Standing Order shall govern**.

**IT IS SO ORDERED.**

DATED:     March 19, 2015

_____/s/_____
JACQUELINE CHOOLJIAN
U.S. MAGISTRATE JUDGE